DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GONZALO VAZQUEZ PEREZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-112

[February 16, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Melinda K. Brown, Judge; L.T. Case No. 19-007671MU10A.

Fred Haddad of Fred Haddad, P.A., Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***